## MORRELL v. FLAHERTY

No. 203P93

Case below: 109 N.C.App. 628

Petition by defendants for temporary stay allowed 1 June 1993 pending determination of petition for discretionary review.

## NATIONWIDE MUT. INS. CO. v. STATE FARM MUT. AUTO. INS. CO.

No. 151P93

Case below: 109 N.C.App. 281

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

## PERFORMANCE CHEVROLET v. MANSOUR

No. 140P93

Case below: 109 N.C.App. 313

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

## SECTION 51 ASSOC. v. WARREN

No. 182P93

Case below: 109 N.C.App. 488

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

## SIMPSON v. HATTERAS ISLAND GALLERY RESTAURANT

No. 163P93

Case below: 109 N.C.App. 314

Petition by third-party defendants for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.